# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 1, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Gary Green
v. Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division
No. 21-6486
(Your No. 19-70019)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 27, 2021 and placed on the docket December 1, 2021 as No. 21-6486.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

