# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2023

Mr. Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106

    No. 19-70019   Green v. Lumpkin
                       USDC No. 3:15-CV-2197

Dear Mr. Mowla,

As a reminder, Fifth Circuit Rule 8 governs procedures in death penalty cases involving applications for immediate stay of execution and appeals in matters in which the district court has either entered or refused to enter a stay. Rule 8.10 specifically addresses time requirements for challenges to death sentences and/or execution procedures. If Mr. Green would like to make such a challenge, that must be done at least 7 days before the scheduled execution. Failure to meet this timing requirement without providing good cause will make counsel subject to sanctions.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Monica R. Washington, Deputy Clerk
                                          504-310-7705

cc:  Ms. Ellen Stewart-Klein